PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Adam Juechter  
Cr.: 10-CR-00192  
PACTS #: 39505

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, Sr. USDJ

Date of Original Sentence: 04/25/07 (originally sentenced in ED/PA jurisdiction transferred to NJ in 2010)

Original Offense: Money Laundering

Original Sentence: 5 years Probation; $3,325,899 in restitution

Type of Supervision: PROB          Date Supervision Commenced: 04/25/07

## STATUS REPORT

U.S. Probation Officer Action:

On April 25, 2007, the offender began his 60 month term of probation. The offender was transferred to our low intensity caseload on June 16, 2009.

Mr. Juechter currently resides in Bridgewater, NJ. The offender has been employed with Microsoft since 2004. We believe that Mr. Juechter has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $68,334.26 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Juechter's term of supervision to expire as scheduled on April 24, 2012.

Respectfully submitted,

By: Patricia C. Jensen  
U.S. Probation Officer Assistant  
Date: April 19, 2012

PROB 12A - Page 2
Adam Juetcher

[X] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

_____
Date

April 30, 2012